# UNITED STATES NAVY–MARINE CORPS COURT OF CRIMINAL APPEALS

———————————————

**No. 201800037**

———————————————

**UNITED STATES OF AMERICA**
Appellee

v.

**CHRISTIAN M. HOLMES**
Master-at-Arms Seaman (E-3),
U.S. Navy
Appellant

———————————————

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge: Commander Arthur Gaston, JAGC, USN.
Convening Authority: Commanding Officer, Naval Support Activity,
Naples, Italy.
Staff Judge Advocate's Recommendation: Lieutenant K. E. Doherty-
Peters, JAGC, USN.
For Appellant: Commander C. Eric Roper, JAGC, USN.

———————————————

Decided 17 MAY 2018

———————————————

Before HUTCHISON, FULTON, and SAYEGH, *Appellate Military Judges*

———————————————

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c). The supplemental court-martial order will reflect that the appellant pleaded and was found guilty of Charge II, and that the military judge conditionally dismissed Specifications 1 and 2 of Charge IV.

For the Court



R.H. TROIDL
Clerk of Court